## Edwin P. Melloan, Appellant, v. J. Will Meadows et al., Appellees.

Jan. 13, 1939.

LARIMORE & CRADDOCK and STOKES A. BAIRD for appellants.

HARRY H. WILSON, C. E. NICHOLS and RICHARD L. GARNETT for appellees.

OPINION OF THE COURT BY JUDGE STITES—Affirming.

This is a companion case to Burd v. Meadows, 276 Ky. 306, ... S. W. (2d), this day decided. No question is presented here not already considered in that case.

Judgment affirmed.